FILED
MJ 24-05703
2024 SEP 19 AM 9:52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 1:24-cr-00417 |
| v. | |
| Jeandiel Serrano | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: **indictment**
in the **United States** District of **Columbia (District of Columbia)** on **9/17/2024**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **18** U.S.C., Section(s) **1349 and 1956(h)**
to wit: **Conspiracy to Commit Wire Fraud and Conspiracy to Launder Monetary**

A warrant for defendant's arrest was issued by: **Mag Judge Colleen Kollar-Kotelly**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **9/18/24**
                  Date

_____          Leyla Wirtz
Signature of Agent               Print Name of Agent

FBI                              Special Agent
Agency                           Title

CR-52 (03/20)          DECLARATION RE OUT-OF-DISTRICT WARRANT