AO 442 (Rev. 01/09) Arrest Warrant

FILED
MJ 24-05703

# UNITED STATES DISTRICT COURT
for the
District of Columbia

2024 SEP 19 AM 9:52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___cdi___

| United States of America | ) Case: 1:24-cr-00417 |
| v. | ) Assigned To : Judge Colleen Kollar-Kotelly |
| JEANDIEL SERRANO | ) Assign. Date : 9/17/2024 |
|  | ) Description: INDICTMENT (B) |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*    JEANDIEL SERRANO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349  (Conspiracy to Commit Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date:  09/17/2024

*Issuing officer's signature*

City and state:    Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    Arresting officer's signature _____ |
|     Printed name and title _____ |